UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| EDWARD ANTONIO RUIZ, | Case No. 25-cv-02569-JSC |
|---|---|
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION TO DISMISS COMPLAINT WITH LEAVE TO AMEND** |
| OAKLAND POLICE DEPARTMENT, et al., | |
| Defendants. | Re: Dkt. Nos. 7, 8 |

The Court has reviewed Magistrate Judge Donna M. Ryu's Report and Recommendation to dismiss this action for failure to state a claim and dismiss Plaintiff's motion to admit evidence. (Dkt. No. 8.) Judge Ryu granted Plaintiff's in forma pauperis application and screened his complaint under 28 U.S.C. § 1915(e). (*Id.*)

Having reviewed the matter de novo, the Court **ADOPTS** the Report and Recommendation in its entirety, including the recommendation to dismiss with leave to amend. If Plaintiff wishes to file an amended complaint to address the deficiencies identified in the Report and Recommendation, Plaintiff must do so by **August 3, 2025**. If Plaintiff does not file an amended complaint by that date, the Court will dismiss this action without prejudice.

This Order disposes of Docket Nos. 7 and 8.

**IT IS SO ORDERED.**

Dated: July 3, 2025

JACQUELINE SCOTT CORLEY
United States District Judge