UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ANTONIO RUIZ,<br><br>    Plaintiff,<br><br>  v.<br><br>OAKLAND POLICE DEPARTMENT, et al.,<br><br>    Defendants. | Case No. 25-cv-02569-JSC<br><br>**ORDER DISMISSING COMPLAINT** |

By order filed July 3, 2025, the Court dismissed Plaintiff's complaint with leave to amend. The Court specifically advised Plaintiff that if he wished to file an amended complaint, he must do so by August 3, 2025. And the Court warned if Plaintiff did not file an amended complaint by that date, the Court would dismiss this action without prejudice. (Dkt. No. 10.) As of the date of this Order, Plaintiff has not filed an amended complaint nor otherwise communicated with the Court. So, the action is DISMISSED without prejudice.

**IT IS SO ORDERED.**

Dated: October 14, 2025

_____
JACQUELINE SCOTT CORLEY
United States District Judge